# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

### DOCKET NO. 3:08-cv-00282-FDW

| | |
|---|---|
| BERTHA PARKER, individually, and ) <br> BERHTA PARKER, as beneficiary of ) <br> Sunlife Assurance Company Insurance ) <br> Policy, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> SUN LIFE ASSURANCE COMPANY ) <br> OF CANADA, ) <br> ) <br> Defendant. ) <br> ) | ORDER |

THIS MATTER comes now before the Court on Defendant's submission of a Proposed Scheduling Order (Doc. No. 3). Defense counsel has repeatedly attempted to contact Plaintiff's counsel, as has the Court's staff. Plaintiff's counsel, however, remains unreachable. The following briefing schedule is therefore ALLOWED and entered as follows:

1. All potentially dispositive motions shall be filed on or before March 16, 2009;

2. All responsive memoranda shall be filed on or before April 6, 2009; and

3. All reply memoranda shall be filed on or before April 16, 2009.

IT IS SO ORDERED. Signed: January 5, 2009

Frank D. Whitney
United States District Judge